# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES E. SHELTON, individually and on behalf of all others similarly situated, | :  CASE NO. 2:24-cv-04394-GAM |
| PLAINTIFF, | : |
| v. | : |
| PRO SOURCE LENDING GROUP LLC, D/B/A FAST FUND GROUP, D/B/A FAST FUNDS GROUP, | : |
| DEFENDANT. | : |

## ENTRY OF APPEARANCE

**TO THE CLERK OF THE COURT:**

Kindly enter the appearance of Thomas P. Cialino on behalf of Defendant, Pro Source Lending Group LLC d/b/a Fast Fund Group, d/b/a Fast Funds Group, in the above-captioned matter.

Respectfully submitted,

**BLANK ROME LLP**

<u>/s/Thomas P. Cialino</u>
Thomas P. Cialino (PA ID No. 312008)
One Logan Square
130 North 18th Street
Philadelphia, PA 19103
(215) 569-5668
Thomas.cialino@blankrome.com
*Attorneys for Defendant, Pro Source Lending Group LLC d/b/a Fast Fund Group d/b/a Fast Funds Group*

Dated: September 16, 2024

### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES E. SHELTON, individually and on behalf of all others similarly situated, | : | CASE NO. 2:24-cv-04394-GAM |
| PLAINTIFF, | : | |
| v. | : | |
| PRO SOURCE LENDING GROUP LLC, D/B/A FAST FUND GROUP, D/B/A FAST FUNDS GROUP, | : | |
| DEFENDANT. | : | |

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Entry of Appearance was filed electronically and served on all parties and counsel of record through the Court's ECF system.

/s/ Thomas P. Cialino
THOMAS P. CIALINO

Dated:  September 16, 2024