IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| James E. Shelton, individually and on behalf of all others similarly situated, | Case No. 2:24-cv-04394-GAM |
| Plaintiff, | |
| vs. | |
| Pro Source Lending Group LLC, d/b/a Fast Fund Group, d/b/a Fast Funds Group, | |
| Defendant. | |

**JOINT STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**

    Plaintiff, James E. Shelton ("Plaintiff"), and Defendant, Pro Source Lending Group LLC, d/b/a Fast Fund Group, d/b/a Fast Funds Group ("Defendant"), by and through their undersigned counsel, hereby stipulate and agree that Defendant shall have until October 16, 2024, to answer, plead, or otherwise respond to Plaintiff's *Complaint*, ECF No. 1, effective upon approval by this Court.  This is the first stipulation extending the time to respond to Plaintiff's *Complaint*.

Respectfully submitted,

| | |
|---|---|
| */s/ Andrew Roman Perrong* | */s/Jeffrey N. Rosenthal* |
| Andrew Roman Perrong | Jeffrey N. Rosenthal |
| **PERRONG LAW LLC** | **BLANK ROME LLP** |
| 2657 Mount Carmel Avenue | 130 North 18th Street |
| Glenside, PA 19038 | Philadelphia, PA 19103 |
| (215) 225-5529 | (215) 569-5553 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

Dated: September 16, 2024

Dated:  9/16/24

**APPROVED BY THE COURT:**

/s/ Gerald Austin McHugh
_____
The Honorable Gerald A. McHugh, U.S.D.J.