**APPENDIX G**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| James E. Shelton et al. | : | |
| | : | |
| V. | : | Civil Action |
| | : | No: 2:24-cv-04394-GAM |
| Pro Source Lending Group LLC | : | |

## DISCLOSURE STATEMENT FORM

Please check one box:

[✓] The nongovernmental corporate party, __Pro Source Lending Group__, in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

[ ] The nongovernmental corporate party, _____, in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

_____
_____
_____
_____

| | |
|---|---|
| 09/18/2024 | s/Thomas P. Cialino |
| Date | Signature |

Counsel for: Pro Source Lending Grp.

**Federal Rule of Civil Procedure 7.1 Disclosure Statement**

(a) WHO MUST FILE; CONTENTS. A nongovernmental corporate party must file two copies of a disclosure statement that:
  (1) identifies any parent corporation and any publicly held corporation owning 10% or more of its stock;  or
  (2) states that there is no such corporation.

(b) TIME TO FILE; SUPPLEMENTAL FILING.  A party must:
  (1) file the disclosure statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court; and
  (2) promptly file a supplemental statement if any required information changes.