IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| James E. Shelton, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>vs.<br><br>Pro Source Lending Group LLC, d/b/a Fast Fund Group, d/b/a Fast Funds Group,<br><br>Defendant. | Case No. 2:24-cv-04394-GAM |

**JOINT STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**

Plaintiff, James E. Shelton ("Plaintiff"), and Defendant, Pro Source Lending Group LLC, d/b/a Fast Fund Group, d/b/a Fast Funds Group ("Defendant"), by and through their undersigned counsel, hereby stipulate and agree that Defendant shall have until November 6, 2024, to answer, plead, or otherwise respond to Plaintiff's *Complaint*, ECF No. 1, effective upon approval by this Court.  This is the second stipulation extending the time to respond to Plaintiff's *Complaint*.

Respectfully submitted,

/s/ Andrew Roman Perrong
Andrew Roman Perrong
**PERRONG LAW LLC**
2657 Mount Carmel Avenue
Glenside, PA 19038
(215) 225-5529
*Attorneys for Plaintiff*

Dated: October 11, 2024

/s/Jeffrey N. Rosenthal
Jeffrey N. Rosenthal
**BLANK ROME LLP**
130 North 18th Street
Philadelphia, PA 19103
(215) 569-5553
*Attorneys for Defendant*

**APPROVED BY THE COURT:**

/s/ Gerald Austin McHugh
_____
The Honorable Gerald A. McHugh, U.S.D.J.

Dated: 10/16/24