**BLANK ROME LLP**
Jeffrey N. Rosenthal
Thomas P. Cialino
One Logan Square, 130 North 18th Street
Philadelphia, PA 19103
Telephone: (215) 569-5553
Facsimile: (215) 832-5553
jeffrey.rosenthal@blankrome.com
thomas.cialino@blankrome.com

*Attorneys for Defendant, Pro Source Lending Group LLC,*
*d/b/a Fast Fund Group, d/b/a Fast Funds Group*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| James E. Shelton, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Pro Source Lending Group LLC, d/b/a Fast Fund Group, d/b/a Fast Funds Group,<br><br>Defendant. | Civil Action No.: 2:24-cv-04394-GAM |

### DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT

Defendant, Pro Source Lending Group LLC, d/b/a Fast Fund Group, d/b/a Fast Funds Group ("Defendant"), by and through its undersigned counsel, hereby moves this Honorable Court to dismiss the Complaint filed by Plaintiff, James E. Shelton ("Plaintiff"), pursuant to Federal Rule of Civil Procedure 12(b)(6).

**PLEASE TAKE FURTHER NOTICE** that Defendant shall rely upon the Memorandum of Law filed in support of this Motion as well as the Declaration of Thomas Cialino.

A proposed form of Order is also being submitted.

                                                        Respectfully submitted,

Dated: November 6, 2024                */s/Thomas P. Cialino*
                                                        **BLANK ROME LLP**
                                                        Jeffrey N. Rosenthal
                                                        Thomas P. Cialino
                                                        One Logan Sq., 130 N. 18th Street
                                                        Philadelphia, PA 19103
                                                        Tel.: (215) 569-5553
                                                        Fax: (215) 832-5553
                                                        jeffrey.rosenthal@blankrome.com
                                                        thomas.cialino@blankrome.com
                                                        *Attorneys for Defendant*