IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| James E. Shelton, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Pro Source Lending Group LLC, d/b/a Fast Fund Group, d/b/a Fast Funds Group,<br><br>Defendant. | Civil Action No.: 2:24-cv-04394-GAM |

## ORDER

**THIS MATTER** having been brought before the Court on the motion of Defendant, Pro Source Lending Group LLC, d/b/a Fast Fund Group, d/b/a Fast Funds Group ("Defendant"), for an Order dismissing Plaintiff, James E. Shelton's ("Plaintiff"), Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) (the "Motion"), and this Court having considered the Motion and any opposition thereto, and for good cause having been shown:

**IT IS** on this _____ day of _____, _____, **ORDERED** that:

1. The Motion is **GRANTED**; and

2. Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**.

_____
The Honorable Gerald A. McHugh, U.S.D.J.