# EXHIBIT C

James Everett Shelton
316 Covered Bridge Road
King of Prussia, PA 19406
(484) 626-3942
jeshelton595@gmail.com

Plaintiff, Pro Se

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

FILED
JUL -2 2018
By KATE BARKMAN, Clerk
_____ Dep. Clerk

| | |
|---|---|
| JAMES EVERETT SHELTON ) | |
| ) | |
| Plaintiff, ) | Civil Action |
| ) | |
| vs. ) | No. 2:18-cv-02186 |
| ) | |
| CAPITAL ADVANCES LLC, et. al ) | |
| Defendants ) | Honorable Timothy J Savage |

### NOTICE IN RESPONSE TO COURT ORDER (ECF NO. 5):

Plaintiff James Everett Shelton hereby responds to the Court's Order dated June 21, 2018 (ECF No. 5), and hereby states that Plaintiff has been a Plaintiff seeking relief under the Telephone Consumer Protection Act (TCPA) in the following cases:

**1. James E. Shelton v. Capital Advance Solutions, LLC & Charles Betta**
Magisterial District Court 38-1-25, District Justice James P. Gallagher
Case Number: MJ-38125-CV-0000067-2016
Date filed: 6/07/2016
Plaintiff's attorney: N/A. Plaintiff appeared Pro Se.
Defendant's attorney: Defendants never entered their appearance(s), however, it is known that defendants were represented by Christopher D. Devanny and/or Theresa Mullaney of Kent & McBride, P.C. in other actions.
Disposition: Default Judgment in the amount of $12,189.20 entered 7/29/2016.
Other information: Case transferred to Court of Common Pleas of Montgomery County, Pennsylvania to collect on the judgment, docketed at 2016-22261. Case domesticated to Superior Court of New Jersey on 7/5/2017 to further collect on the judgment, docketed at DJ 104342 17.

**2. James E. Shelton v. Western Capital Financial Services, LLC DBA Western Capital Funding & Joshua Hamrell**
Magisterial District Court 38-1-25, District Justice James P. Gallagher

Date filed: 6/29/2016
Case Number: MJ-38125-CV-0000080-2016
Plaintiff's attorney: N/A. Plaintiff appeared Pro Se.
Defendant's attorney: N/A. Defendants never entered their appearances.
Disposition: Settled.

### 3. James E. Shelton v. Doan Solutions, LLC & Thai Doan

Magisterial District Court 38-1-25, District Justice James P. Gallagher
Date filed: 8/03/2016
Case Number: MJ-38125-CV-0000092-2016
Plaintiff's attorney: N/A. Plaintiff appeared Pro Se.
Defendant's attorney: N/A. Defendants never entered their appearances.
Disposition: Withdrawn by Plaintiff.

### 4. James E. Shelton v. Endurance Warranty Services LLC

Cleveland Municipal Court
Date filed: 10/24/2016
Case Number: 2016 CVI 15320, Magistrate Jolan B. Vagi
Plaintiff's attorney: N/A. Plaintiff appeared pro se.
Defendant's attorney: N/A/
Disposition: Default judgment in the amount of $6,000. Judgment satisfied.

### 5. James E. Shelton v. Seafront Marketing LLC D/B/A Market Capital Funding LLC & Joseph J. Mullin

Magisterial District Court 38-1-25, District Justice James P. Gallagher
Date filed: 5/16/2017
Case Number: MJ-38125-CV-0000074-2017
Plaintiff's attorney: N/A. Plaintiff appeared Pro Se.
Defendant's attorney: N/A. Defendants never entered their appearances.
Disposition: Settled.

### 6. James E. Shelton v. First Standard Financial Company, LLC D/B/A First Standard Finance Company LLC & Carmine Berardi

Magisterial District Court 38-1-25, District Justice James P. Gallagher
Date filed: 5/16/2017
Case Number: MJ-38125-CV-0000075-2017, transferred to the Court of Common Pleas of Montgomery County, Pennsylvania and docketed at 2017-20635.
Plaintiff's attorney: N/A. Plaintiff appeared Pro Se.
Defendant's attorney: Denis C. Dice, Winget, Spadafora & Schwartzberg, LLP
Disposition: Settled.

### 7. James E. Shelton v. Creditors Relief, LLC

Magisterial District Court 38-1-25, District Justice James P. Gallagher
Date filed: 5/16/2017
Case Number: MJ-38125-CV-0000076-2017

Plaintiff's attorney: N/A. Plaintiff appeared Pro Se.
Defendant's attorney: Suzanne Iazzetta, Iazzetta Law LLC (never entered an appearance).
Disposition: Settled.

### 8. James Everett Shelton v. Mark D. Guidubaldi & Associates LLC, Mark D. Guidubaldi, Sanford J. Feder, Corporate Bailout, LLC
United States District Court for the Eastern District of Pennsylvania
Date filed: 5/24/2017
Case Number: 2:17-cv-02367, Honorable Joel M. Slomsky
Plaintiff's attorney: N/A. Plaintiff appeared Pro Se.
Defendant's attorney: Thomas A. Rogus, *Law Office of Thomas A. Rogus* (never appeared).
Disposition: Settled.

### 9. James Everett Shelton v. Doan Solutions, LLC & Thai Doan
United States District Court for the Eastern District of Pennsylvania
Date filed: 5/24/2017
Case Number: 2:17-cv-02368, Honorable Legrome D. Davis
Plaintiff's attorney: N/A. Plaintiff appeared Pro Se.
Defendant's attorney: N/A.
Disposition: Default Judgment in favor of the Plaintiff in the amount of $12,000, judgment satisfied.

### 10. James Everett Shelton v. ICapital Cash Group, Inc., ICapital Cash, Inc., Last Chance Funding Inc., LCF Group, Inc., Ed Ore, Edward Samways, Gary Damico
United States District Court for the Eastern District of Pennsylvania
Date filed: 6/09/2017
Case Number: 2:17-cv-02620, Honorable Timothy J. Savage
Plaintiff's attorney: N/A. Plaintiff appeared Pro Se.
Defendant's attorney: David B. Consiglio, *Campbell Miller Williams Benson Etter & Consiglio Inc*.
Disposition: Settled.

### 11. James Everett Shelton v. Merchant Source Inc., George M. Greco, Jr. & Anthony DeLillo
United States District Court for the Eastern District of Pennsylvania
Date filed: 6/23/2017
Case Number: 2:17-cv-02851, Honorable Gerald J. Pappert
Plaintiff's attorney: N/A. Plaintiff appeared Pro Se.
Defendant's attorney: N/A.
Disposition: Stipulated judgment in the amount of $21,430. Anthony DeLillo was dismissed voluntarily by Plaintiff. Judgment subsequently satisfied per an agreement with defendants.

### 12. James E. Shelton v. Insurance Resource Group & Brandon Wayne Elias
Magisterial District Court 38-1-25, District Justice James P. Gallagher
Date filed: 6/30/2017
Case Number: MJ-38125-CV-0000118-2017

Plaintiff's attorney: N/A. Plaintiff appeared Pro Se.
Defendant's attorney: N/A.
Disposition: Settled.

### 13. James E. Shelton v. Thurman M. Smith
Magisterial District Court 38-1-25, District Justice James P. Gallagher
Date filed: 7/21/2017
Case Number: MJ-38125-CV-0000128-2017
Plaintiff's attorney: N/A. Plaintiff appeared Pro Se.
Defendant's attorney: N/A.
Disposition: Withdrawn.

### 14. James E. Shelton v. Student Loan Assistance Foundation, LLC, Michele R. Lear, & Lonny Lear
Magisterial District Court 38-1-25, District Justice James P. Gallagher
Date filed: 7/24/2017
Case number: MJ-38125-CV-0000131-2017
Plaintiff's attorney: N/A. Plaintiff appeared Pro Se.
Defendant's attorney: Roy Taub, Greenspoon Marder, P.A. (never entered an appearance)
Disposition: Settled.

### 15. James Everett Shelton v. Fundbox, Inc., Rapid Response Marketing, LLC, & Kevin De Vincenzi
United States District Court for the Eastern District of Pennsylvania
Date filed: 7/24/2017
Case Number: 2:17-cv-03301, Honorable R. Barclay Surrick
Plaintiff's attorneys: Clayton S. Morrow, *Morrow & Artim, P.C.*, & Anthony I. Paronich, *Broderick & Paronich, P.C.*
Defendant's attorneys: Jeffrey S. Jacobson & Lauri A. Mazzuchetti, *Kelley Drye & Warren LLP* (representing defendant Fundbox, Inc.), A. Jordan Rushie, *Rushie Law PLLC* & Karl S. Kronenberger, *Kronenberger Rosenfeld LLP* (representing defendants Kevin De Vincenzi & Rapid Response Marketing, LLC).
Disposition: Pending. All defendants have answered the complaint.

### 16. James Everett Shelton v. LIG International, LLC, Yuri Lima, John Paul Elias, Danny Jimenez, Carlos Maloff, & Marco Josh Torres
United States District Court for the Northern District of Ohio
Date filed: 9/06/2017
Case Number: 1:17-cv-01868, Honorable Donald C. Nugent
Plaintiff's attorney: N/A. Plaintiff appeared Pro Se.
Defendant's attorney: Michael McKay, *Roth Jackson Gibbons Condlin, PLC*.
Disposition: Settled.

### 17. James Everett Shelton v. National Gas & Electric, LLC
United States District Court for the Eastern District of Pennsylvania
Date filed: 9/11/2017

Case Number: 2:17-cv-04063, Honorable R. Barclay Surrick
Plaintiff's attorneys: Clayton S. Morrow, *Morrow & Artim, P.C.*, & Anthony I. Paronich, *Broderick & Paronich, P.C.*
Defendant's attorneys: Benjamin Williams (later withdrew from case), Erza Dodd Church, Michelle Pector, Andrew W. Katz, *Morgan Lewis & Bockius LLP*.
Disposition: Pending. Defendant has filed a Motion to Dismiss under Rule 12. This motion has not yet been ruled upon.

**18. James E. Shelton v. One Way Funding, LLC & Joseph Reinhardt**
Court of Common Pleas of Montgomery County, Pennsylvania
Date filed: 11/20/2017
Case number: 2017-27226
Plaintiff's attorney: N/A. Plaintiff appeared Pro Se.
Defendant's attorney: N/A.
Disposition: Default Judgment entered in favor of Plaintiff in the amount of $10,800.

**19. James E. Shelton v. Green Star Capital Solutions LLC & Alexander Silverman**
Court of Common Pleas of Montgomery County, Pennsylvania
Date filed: 1/01/2018
Case number: 2018-00009
Plaintiff's attorney: N/A. Plaintiff appeared Pro Se.
Defendant's attorney: Donald Thomas, Lewis & Thomas, LLP (never entered an appearance).
Disposition: Default Judgment entered in favor of Plaintiff in the amount of $37,000. Subsequently settled with defendants.

**20. James Everett Shelton v. Centerpointe Lending Student Loan Services, Jeffrey R. Silhanek, & Scott E. Shaller**
United States District Court for the Eastern District of Pennsylvania
Date filed: 4/19/2018
Case Number: 2:18-cv-01655, Honorable Mark A. Kearney
Plaintiff's attorney: N/A. Plaintiff appeared Pro Se.
Defendant's attorney: Spencer Elg, *Kelley Drye & Warren LLP* (never entered an appearance).
Disposition: Settled.

**21. James Everett Shelton v. Target Advance LLC**
United States District Court for the Eastern District of Pennsylvania
Date filed: 5/17/2018
Case Number: 2:18-cv-02070, Honorable Nitza I. Quiñones Alejandro
Plaintiff's attorney: N/A. Plaintiff is appearing Pro Se.
Defendant's attorney: N/A. Defendant has not appeared.
Disposition: Pending. Defendant has been served with process but has not responded or appeared. Plaintiff has filed a Motion for Entry of Default & a Motion for Default Judgment.

**22. James Everett Shelton v. Fast Advance Funding, LLC**
United States District Court for the Eastern District of Pennsylvania
Date filed: 5/17/2018

Case Number: 2:18-cv-02071, Honorable Paul S. Diamond
Plaintiff's attorney: N/A. Plaintiff is appearing Pro Se.
Defendant's attorney: Norman M. Valz, *Norman M. Valz & Associates, P.C.*
Disposition: Pending. Defendant has filed a Motion to Dismiss under Rule 12. This motion has not yet been ruled upon.

## 22. James Everett Shelton v. Paramount Holding Company LLC d/b/a Paramount Payment Systems
United States District Court for the Eastern District of Pennsylvania
Date filed: 5/17/2018
Case Number: 2:18-cv-02072, Honorable Timothy J. Savage
Plaintiff's attorney: N/A. Plaintiff appeared Pro Se.
Defendant's attorney: Richard N. Lipow, *Lipow Law Office.*
Disposition: Dismissed without prejudice by Plaintiff.

## 23. James Everett Shelton v. Capital Advances LLC, Carmela Morelli, & Vincenzo Morelli a/k/a Vincent Morelli
United States District Court for the Eastern District of Pennsylvania
Date filed: 5/24/2018
Case Number: 2:18-cv-02186, Honorable Timothy J. Savage
Plaintiff's attorney: N/A. Plaintiff is appearing Pro Se.
Defendant's attorney: N/A.
Disposition: Pending.

## 24. James Everett Shelton v. Arete Financial Group, Shunmin Hsu, & Phu Loc
United States District Court for the Eastern District of Pennsylvania
Date filed: 5/24/2018
Case Number: 2:18-cv-02187, Honorable Cynthia M. Rufe
Plaintiff's attorney: N/A. Plaintiff is appearing Pro Se.
Defendants' attorney: Norman M. Valz, *Norman M. Valz & Associates, P.C.*
Disposition: Pending.

## 25. James Everett Shelton v. RFR Capital, LLC, Roberts A. Signore, Ryan M. Cola, & Randall Richards
United States District Court for the Eastern District of Pennsylvania
Date filed: 5/30/2018
Case Number: 2:18-cv-02259, Honorable Petrese B. Tucker
Plaintiff's attorney: N/A, Plaintiff is appearing Pro Se.
Defendant's attorney: Sarah L. Wieselgren, Gordon Rees Scully Mansukhani, LLP
Disposition: Pending.

## 26. James Everett Shelton v. Pivotal Payment Systems, Inc. & Bruce Breunig, Jr. d/b/a Swipe for Zero
United States District Court for the District of New Jersey
Date filed: 5/30/2018
Case Number: 1:18-cv-09915-NLH-JS, Honorable Noel L. Hillman

Plaintiff's attorney: N/A. Plaintiff appeared Pro Se.
Defendants' attorney: Derek W. Edwards, Waller Lansden Dortch & Davis, LLP (did not enter appearance).
Disposition: The parties have reached a settlement.

### 27. James Everett Shelton v. National Student Assist LLC, Nir J. Goldin, Liberty Financial USA, LLC & Brian M. Roche.
United States District Court for the Eastern District of Pennsylvania
Date filed: 6/15/2018
Case Number: 2:18-cv-02545, Honorable Mitchell S. Goldberg
Plaintiff's attorney: N/A. Plaintiff is appearing Pro Se.
Defendants' attorney: N/A.
Disposition: Pending.

### 28. James Everett Shelton v. Merchant Flow Financial Corporation & Conroy Williamson
United States District Court for the District of New Jersey
Date filed: Plaintiff states that he mailed out this Complaint to the Court to be filed last week, however, it has not been docketed on PACER as of now.
Case number: Unknown yet.
Plaintiff's attorney: Pro Se.
Defendant's attorney: N/A.
Disposition: Pending.

### 29. James Everett Shelton v. IVEST 360, LLC d/b/a Fast Capital 360 & IVEST Syndication Group, Inc.
United States District Court for the Eastern District of Pennsylvania
Date filed: Plaintiff states that he mailed out this Complaint to the Court to be filed last week, however, it has not been docketed on PACER as of now.
Case number Unknown yet.
Plaintiff's attorney: Pro Se.
Defendant's attorney: No one has entered their appearance yet, however, it is known that defendants are represented by counsel in another action in this Court: Rigel Farr. Obermayer Rebmann Maxwell & Hippel LLP/
Disposition: Pending

**Date: July 2, 2018**  /s/ *James Everett Shelton*
James Everett Shelton
316 Covered Bridge Road
King of Prussia, PA 19406
(484) 626-3942
jeshelton595@gmail.com

Plaintiff, Pro Se