**BLANK ROME LLP**
Jeffrey N. Rosenthal
Thomas P. Cialino
One Logan Square, 130 North 18th Street
Philadelphia, PA 19103
Telephone: (215) 569-5553
Facsimile: (215) 832-5553
jeffrey.rosenthal@blankrome.com
thomas.cialino@blankrome.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| James E. Shelton, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Pro Source Lending Group LLC, d/b/a Fast Fund Group, d/b/a Fast Funds Group,<br><br>Defendant. | Civil Action No.: 2:24-cv-04394-GAM |

**ENTRY OF APPEARANCE ON BEHALF OF
<u>DEFENDANT PRO SOURCE LENDING GROUP LLC</u>**

To the Prothonotary:

Kindly enter the appearance of Jeffrey N. Rosenthal, on behalf of Defendant Pro Source Lending Group LLC, d/b/a Fast Fund Group, d/b/a Fast Funds Group in the above-captioned matter.

Respectfully submitted,

Dated: November 6, 2024    <u>*/s/Jeffrey N. Rosenthal*</u>
**BLANK ROME LLP**
Jeffrey N. Rosenthal
Thomas P. Cialino
One Logan Sq., 130 N. 18th Street
Philadelphia, PA 19103
Tel.: (215) 569-5553
Fax: (215) 832-5553
jeffrey.rosenthal@blankrome.com

1

thomas.cialino@blankrome.com

*Attorneys for Defendant Pro Source Lending Group LLC, d/b/a Fast Fund Group, d/b/a Fast Funds Group*

2