3

## **CERTIFICATE OF SERVICE**

I, Jeffrey N. Rosenthal hereby certify that on November 6, 2024, a true and correct copy of the foregoing document was served upon the following individual via this Court's electronic filing system:

Andrew Roman Perrong
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, PA 19038
*Counsel for Plaintiff*

*/s/ Jeffery N. Rosenthal*
Jeffrey N. Rosenthal

170591.00002/150985373v.1