# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| James E. Shelton, individually and on behalf of all others similarly situated, | Case No. 2:24-cv-04394-GAM |
| Plaintiff, | |
| vs. | |
| Pro Source Lending Group LLC, d/b/a Fast Fund Group, d/b/a Fast Funds Group, | |
| Defendant. | |

## JOINT STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

Plaintiff, James E. Shelton ("Plaintiff"), and Defendant, Pro Source Lending Group LLC, d/b/a Fast Fund Group, d/b/a Fast Funds Group ("Defendant"), by and through their undersigned counsel, hereby stipulate and agree that Plaintiff shall have until December 2, 2024, to answer, plead, or otherwise respond to Defendant's *Motion to Dismiss*, ECF Nos. 7, 8, effective upon approval by this Court. This is the first stipulation extending the time to respond to Defendant's *Motion to Dismiss*.

Respectfully submitted,

*/s/ Andrew Roman Perrong*
Andrew Roman Perrong
**PERRONG LAW LLC**
2657 Mount Carmel Avenue
Glenside, PA 19038
(215) 225-5529
*Attorneys for Plaintiff*

*/s/ Jeffrey N. Rosenthal*
Jeffrey N. Rosenthal
**BLANK ROME LLP**
130 North 18th Street
Philadelphia, PA 19103
(215) 569-5553
*Attorneys for Defendant*

Dated: November 14, 2024

**APPROVED BY THE COURT:**

Dated: _____

_____
The Honorable Gerald A. McHugh, U.S.D.J.