# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JAMES E. SHELTON** *individually and on behalf of all others similarly situated* : : : : | |
| v.  : | **CIVIL ACTION NO. 24-4394** |
| : | |
| **PRO SOURCE LENDING GROUP LLC,** : **ET AL.**  : | |

## ORDER

This 11th day of December, 2024, Plaintiff having filed an Amended Complaint, it is hereby **ORDERED** that Defendant's Motion to Dismiss (ECF 8) is **DENIED** as **MOOT**.

　　　　　　　　　　　　　　　　　　　　　　/s/ Gerald Austin McHugh
　　　　　　　　　　　　　　　　　　　　　　United States District Judge