IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| James E. Shelton, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>Pro Source Lending Group LLC, d/b/a Fast Fund Group, d/b/a Fast Funds Group, *et al.*,<br><br>Defendants. | Case No. 2:24-cv-04394-GAM |

**JOINT STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED CLASS ACTION COMPLAINT**

Plaintiff, James E. Shelton ("Plaintiff"), and Defendant, Pro Source Lending Group LLC, d/b/a Fast Fund Group, d/b/a Fast Funds Group ("Stipulating Defendant"), by and through their undersigned counsel, hereby stipulate and agree that Stipulating Defendant shall have until January 6, 2025, to answer, plead, or otherwise respond to Plaintiff's *First Amended Class Action Complaint*, ECF No. 12, effective upon approval by this Court. This is the first stipulation extending the time to respond to Plaintiff's *First Amended Class Action Complaint*.

Respectfully submitted,

*/s/ Andrew Roman Perrong*
Andrew Roman Perrong
**PERRONG LAW LLC**
2657 Mount Carmel Avenue
Glenside, PA 19038
(215) 225-5529
*Attorneys for Plaintiff*

*/s/Jeffrey N. Rosenthal*
Jeffrey N. Rosenthal
**BLANK ROME LLP**
130 North 18th Street
Philadelphia, PA 19103
(215) 569-5553
*Attorneys for Stipulating Defendant*

Dated: December 11, 2024

**APPROVED BY THE COURT:**

Dated: 12/11/24

/s/ Gerald Austin McHugh
The Honorable Gerald A. McHugh, U.S.D.J.