# UNITED STATES DISTRICT COURT

for the
Eastern District of Pennsylvania

| | |
|---|---|
| **JAMES E. SHELTON individually and on behalf of all others similarly situated** | ) |
| | ) |
| *Plaintiff* | ) |
| | ) |
| v. | ) Civil Action No. 2:24-cv-04394-GAM |
| | ) |
| **PRO SOURCE LENDING GROUP LLC doing business as FAST FUND GROUP doing business as FAST FUNDS GROUP AND BRITTNEY WILSON** | ) |
| | ) |
| | ) |
| *Defendant* | |

## AFFIDAVIT OF SERVICE

I, Marian Forster, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to Brittney Wilson in Palm Beach County, FL on December 16, 2024 at 1:04 pm at 1121 22nd Street, West Palm Beach, FL 33407 by residential substituted service by leaving the documents at the usual place of abode of Brittney Wilson with Deidra Welch who is the Co-Resident of Brittney Wilson and whose age is 18 years or older.

SUMMONS, AND FIRST AMENDED CLASS ACTION COMPLAINT AND DEMAND FOR JURY TRIAL

Black or African American Female, est. age 55-64, glasses: N, Black hair, 160 lbs to 180 lbs, 5' 6" to 5' 9".
Geolocation of Serve: https://google.com/maps?q=26.7342939529,-80.0636053717
Photograph: See Exhibit 1

Total Cost: $85.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

Palm Beach County                          ,

FL        on    12/18/2024            .

/s/ *Marian Forster*
_____
Signature
Marian Forster
+1 (561) 809-3650

