IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| James E. Shelton, individually and on behalf of all others similarly situated,<br><br>          Plaintiff,<br><br>  v.<br><br>Pro Source Lending Group LLC, d/b/a Fast Fund Group, d/b/a Fast Funds Group, *et al.*,<br><br>          Defendants. | Civil Action No.: 2:24-cv-04394-GAM |

## ORDER

**THIS MATTER** having been brought before the Court on the motion of Defendant, Pro Source Lending Group LLC, d/b/a Fast Fund Group, d/b/a Fast Funds Group ("Pro Source"), for an Order dismissing Plaintiff, James E. Shelton's ("Plaintiff"), First Amended Class Action Complaint ("Amended Complaint") pursuant to Federal Rule of Civil Procedure 12(b)(1) and 12(b)(6) (the "Motion"), and this Court having considered the Motion and any opposition thereto, and for good cause having been shown:

**IT IS** on this ____ day of _____, 2025, **ORDERED** that:

1. The Motion is **GRANTED**; and

2. Plaintiff's Amended Complaint is **DISMISSED WITH PREJUDICE** as to Pro Source.

                 _____
                 The Honorable Gerald A. McHugh, U.S.D.J.

**BLANK ROME LLP**
Jeffrey N. Rosenthal
Thomas P. Cialino
One Logan Square, 130 North 18th Street
Philadelphia, PA 19103
Telephone: (215) 569-5553
Facsimile: (215) 832-5553
jeffrey.rosenthal@blankrome.com
thomas.cialino@blankrome.com

*Attorneys for Defendant, Pro Source Lending Group LLC,*
*d/b/a Fast Fund Group, d/b/a Fast Funds Group*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| James E. Shelton, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Pro Source Lending Group LLC, d/b/a Fast Fund Group, d/b/a Fast Funds Group, *et al.*,<br><br>Defendants. | Civil Action No.: 2:24-cv-04394-GAM |

**DEFENDANT'S MOTION TO DISMISS**
**PLAINTIFF'S FIRST AMENDED CLASS ACTION COMPLAINT**

Defendant, Pro Source Lending Group LLC d/b/a Fast Fund Group, d/b/a Fast Funds Group ("Pro Source"), by and through its undersigned counsel, hereby moves this Honorable Court to dismiss the First Amended Class Action Complaint filed by Plaintiff James E. Shelton ("Plaintiff") pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6).

**PLEASE TAKE FURTHER NOTICE** that Pro Source shall rely upon the Memorandum of Law filed in support of this Motion as well as the Declaration of Thomas Cialino.

A proposed form of Order is also being submitted.

                Respectfully submitted,

Dated: January 6, 2025            */s/Thomas P. Cialino*
                                            **BLANK ROME LLP**
Jeffrey N. Rosenthal
Thomas P. Cialino
One Logan Sq., 130 N. 18th Street
Philadelphia, PA 19103
Tel.: (215) 569-5553
Fax: (215) 832-5553
jeffrey.rosenthal@blankrome.com
thomas.cialino@blankrome.com
*Attorneys for Defendant, Pro Source Lending Group LLC, d/b/a Fast Fund Group, d/b/a Fast Funds Group*