# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| James E. Shelton, individually and on behalf of all others similarly situated, | : | Case No. 2:24-cv-04394-GAM |
|  | : |  |
|  | : |  |
| Plaintiff, | : |  |
| vs. | : |  |
|  | : |  |
| Pro Source Lending Group LLC, d/b/a Fast Fund Group, d/b/a Fast Funds Group, and Brittany Wilson | : |  |
|  | : |  |
|  | : |  |
| Defendants. | : |  |
|  | : |  |

## JOINT STIPULATION TO EXTEND TIME TO RESPOND TO MOTION TO DISMISS

Plaintiff, James E. Shelton ("Plaintiff"), and Defendant, Pro Source Lending Group LLC, d/b/a Fast Fund Group, d/b/a Fast Funds Group ("Defendant"), by and through their undersigned counsel, hereby stipulate and agree that Plaintiff shall have until February 5, 2025, to answer, plead, or otherwise respond to Defendant's *Motion to Dismiss*, ECF No. 17, effective upon approval by this Court. This is the first stipulation extending the time to respond to Defendant's *Motion to Dismiss*. Counsel for Plaintiff has also obtained the approval of counsel for Defendant Brittany Wilson, who is not opposed to the requested relief.

Respectfully submitted,

| | |
|---|---|
| */s/ Andrew Roman Perrong* | */s/Jeffrey N. Rosenthal* |
| Andrew Roman Perrong | Jeffrey N. Rosenthal |
| **PERRONG LAW LLC** | **BLANK ROME LLP** |
| 2657 Mount Carmel Avenue | 130 North 18th Street |
| Glenside, PA 19038 | Philadelphia, PA 19103 |
| (215) 225-5529 | (215) 569-5553 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant Pro Source* |
| | |
| Dated: January 20, 2025 | Dated: January 20, 2025 |

2

/s/ Lance Rogers                              Dated: January 20, 2025
Lance Rogers, Esquire
Rogers Counsel
26 E Athens Ave
Ardmore, PA 19003
lance@rogerscounsel.com
(610) 557 -0493
(877) 649-1880 (fax)
Lance@RogersCounsel.com
*Attorney for Defendant Brittany Wilson*

**APPROVED BY THE COURT:**

Dated:  January 21, 2025              /s/ Gerald Austin McHugh

The Honorable Gerald A. McHugh, U.S.D.J.