## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES E. SHELTON, INDIVIDUALLY AND ON BEHALF OF ALL OTHER SIMILARLY SITUATED<br><br>*PLAINTIFF*,<br><br>V.<br><br>PRO SOURCE LENDING GROUP LLC D/B/A FAST FUND GROUP, D/B/A FAST FUNDS GROUP & BRITTANY WILSON<br><br>*DEFENDANTS*. | CIVIL ACTION<br><br>NO. 24-4394<br><br>JURY TRIAL DEMANDED |

### NOTICE OF APPEARANCE

Kindly enter my appearance on behalf of Defendant, Brittney Wilson, in the above-captioned matter.

Respectfully submitted,

**ROGERS COUNSEL**

Joseph Heffern, Esquire
Attorney ID No. 87819
26 E. Athens Avenue
Ardmore, PA 19003
610-649-1880
877-649-1880 (fax)
Joe@rogerscounsel.com
*Counsel for Defendant Brittney Wilson*