IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES E. SHELTON, individually and on behalf of all others similarly situated<br><br>*Plaintiff,*<br><br>v.<br><br>PRO SOURCE LENDING GROUP LLC d/b/a FAST FUND GROUP, d/b/a FAST FUNDS GROUP & BRITTNEY WILSON<br><br>*Defendants.* | Civil Action No.: 2:24-cv-04394-GAM |

## **ORDER**

THIS MATTER having been brought before the Court on the motion of Defendant, Brittney Wilson ("Wilson"), for an Order dismissing Plaintiff, James E. Shelton's ("Plaintiff"), First Amended Class Action Complaint ("Amended Complaint") pursuant to Federal Rule of Civil Procedure 12(b)(1) and 12(b)(6) (the "Motion"), and this Court having considered the Motion and any opposition thereto, and for good cause having been shown:

IT IS on this ____ day of _____, 2025, ORDERED that:

1. The Motion is GRANTED; and

2. Plaintiff's Amended Complaint is DISMISSED WITH PREJUDICE as to Wilson.

_____<br>
The Honorable Gerald A. McHugh, U.S.D.J.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JAMES E. SHELTON, individually and on behalf of all others similarly situated<br><br>*Plaintiff,*<br><br>v.<br><br>PRO SOURCE LENDING GROUP LLC d/b/a FAST FUND GROUP, d/b/a FAST FUNDS GROUP & BRITTNEY WILSON<br><br>*Defendants.* | Civil Action No.: 2:24-cv-04394-GAM |

**DEFENDANT BRITTNEY WILSON'S MOTION TO DISMISS**
**PLAINTIFF'S FIRST AMENDED CLASS ACTION COMPLAINT**

Defendant, Brittney Wilson ("Wilson"), by and through her undersigned counsel, **hereby JOINS** the Motion to Dismiss filed by co-defendant, Pro Source Lending Group LLC d/b/a Fast Fund Group, d/b/a Fast Funds Group ("Pro Source") on January 6, 2025 (ECF No. 17, "Pro Source's Motion") and moves this Honorable Court to dismiss with prejudice the First Amended Class Action Complaint filed by Plaintiff James E. Shelton ("Plaintiff") pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6).

PLEASE TAKE FURTHER NOTICE that Wilson shall rely upon the Memorandum of Law filed in support of Pro Source's Motion, as well as Wilson's own Memorandum of Law, filed herewith.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: February 4, 2025 | /s/ *Joseph R. Heffern*<br>Joseph R. Heffern (joe@rogerscounsel.com)<br>Lance Rogers (lance@rogerscounsel.com)<br>ROGERS COUNSEL<br>26 E Athens Ave<br>Ardmore, PA 19003<br>(610) 285-8238<br>(877) 649-1880 (fax)<br><br>*Attorneys for Defendant Brittney Wilson* |

2