## CERTIFICATE OF SERVICE

      I, Joseph R. Heffern, hereby certify that on February 4, 2025, a true and correct copy of the foregoing document was served upon the following individuals *via* this Court's ECF system and/or by electronic mail:

| | |
|---|---|
| Andrew Roman Perrong, Esquire<br>Perrong Law LLC<br>2657 Mount Carmel Avenue<br>Glenside, Pennsylvania 19038<br>(215) 225 5529<br>a@perronglaw.com<br><br>*Attorney for Plaintiff James E. Shelton* | Thomas P. Cialino, Esquire<br>Jeffrey N. Rosenthal, Esquire<br>Blank Rome LLP<br>One Logan Square<br>130 North 18th Street<br>Philadelphia, PA 19103<br>(215) 569-5668<br>Thomas.cialino@blankrome.com<br>Jeffrey.rosenthal@blankrome.com<br><br>*Attorneys for Defendant Pro Source Lending Group, LLC d/b/a Fast Fund Group, d/b/a Fast Funds Group* |

Respectfully submitted,

Dated: February 4, 2025

*/s/ Joseph R. Heffern*
Joseph R. Heffern (joe@rogerscounsel.com)
Lance Rogers (lance@rogerscounsel.com)
ROGERS COUNSEL
26 E Athens Ave
Ardmore, PA 19003
(610) 285-8238
(877) 649-1880 (fax)

*Attorneys for Defendant Brittany Wilson*