IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| James E. Shelton, individually and on behalf of all others similarly situated, | : | Case No. 2:24-cv-04394-GAM |
| | : | |
| Plaintiff, | : | |
| vs. | : | |
| | : | |
| Pro Source Lending Group LLC, d/b/a Fast Fund Group, d/b/a Fast Funds Group, and Brittany Wilson | : | |
| | : | |
| Defendants. | : | |

**JOINT STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**

Plaintiff, James E. Shelton ("Plaintiff"), and Defendant, Brittany Wilson ("Defendant"), by and through their undersigned counsel, hereby stipulate and agree that Plaintiff shall have until February 25, 2025, to answer, plead, or otherwise respond to Defendant's *Motion to Dismiss*, ECF No. 21, effective upon approval by this Court. This is the first stipulation extending the time to respond to this Defendant's *Motion to Dismiss*.

Respectfully submitted,

*/s/ Andrew Roman Perrong*
Andrew Roman Perrong
**PERRONG LAW LLC**
2657 Mount Carmel Avenue
Glenside, PA 19038
(215) 225-5529
*Attorneys for Plaintiff*

Dated: February 13, 2025

*/s/Joseph R. Heffern*
Joseph R. Heffern
**ROGERS COUNSEL**
26 E. Athens Ave.
Ardmore, PA 19003
(610) 285-8238
*Attorneys for Defendant*

**APPROVED BY THE COURT:**

 /s/ Gerald Austin McHugh
The Honorable Gerald A. McHugh, U.S.D.J.

Dated:  2/13/25