# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JAMES E. SHELTON,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**PRO SOURCE LENDING GROUP LLC, D/B/A FAST FUND GROUP, D/B/A FAST FUNDS GROUP**<br><br>**AND**<br><br>**BRITTNEY WILSON**<br><br>*Defendants.* | Case No.<br>24-4394<br><br>**CLASS ACTION**<br><br>**JURY TRIAL DEMANDED** |

## [PROPOSED ORDER] DENYING BRITTNEY WILSON'S MOTION TO DISMISS

AND NOW, this _____ day of _____, 2025, it is hereby ORDERED that the Defendant Brittney Wilson's Motion to Dismiss (ECF No. 21) is hereby DENIED.

*BY THE COURT:*

_____

Hon. Gerald A. McHugh, J.

1