IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JAMES E. SHELTON,** individually and on behalf of all others similarly situated, | : : : | |
| v. | : : | **CIVIL ACTION** No. 24-4394 |
| **PRO SOURCE LENDING GROUP LLC, D/B/A FAST FUND GROUP, D/B/A FAST FUNDS GROUP, AND BRITTNEY WILSON** | : : : : : | |

# **ORDER**

This 14th day of March, 2025, for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that Defendants' Motions to Dismiss, ECFs 17 and 21, are **DENIED**.

      /s/ Gerald Austin McHugh
United States District Judge