**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| JAMES E. SHELTON, individually and on behalf of all others similarly situated<br><br>*Plaintiff,*<br><br>v.<br><br>PRO SOURCE LENDING GROUP LLC d/b/a FAST FUND GROUP, d/b/a FAST FUNDS GROUP & BRITTNEY WILSON<br><br>*Defendants.* | Civil Action No.: 2:24-cv-04394-GAM |

**<u>CERTIFICATE OF SERVICE</u>**

    I, Joseph R. Heffern, hereby certify that on March 30, 2025, a true and correct copy of the foregoing document was served upon the following individuals *via* this Court's ECF system and/or by electronic mail:

Andrew Roman Perrong, Esquire
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, Pennsylvania 19038
(215) 225 5529
a@perronglaw.com

*Attorney for Plaintiff James E. Shelton*

Thomas P. Cialino, Esquire
Jeffrey N. Rosenthal, Esquire
Blank Rome LLP
One Logan Square
130 North 18th Street
Philadelphia, PA 19103
(215) 569-5668
Thomas.cialino@blankrome.com
Jeffrey.rosenthal@blankrome.com

*Attorneys for Defendant Pro Source Lending Group, LLC d/b/a Fast Fund Group, d/b/a Fast Funds Group*

                                                           Respectfully submitted,

Dated: March 28, 2025                */s/ Joseph R. Heffern*
                                                           Joseph R. Heffern (joe@rogerscounsel.com)
                                                           Lance Rogers (lance@rogerscounsel.com)
                                                           ROGERS COUNSEL
                                                           26 E Athens Ave
                                                           Ardmore, PA 19003
                                                           (610) 285-8238
                                                           (877) 649-1880 (fax)

                                                           *Attorneys for Defendant Brittney Wilson*