IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| James E. Shelton, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Pro Source Lending Group LLC, d/b/a Fast Fund Group, d/b/a Fast Funds Group, *et al.*,<br><br>Defendants. | Civil Action No.: 2:24-cv-04394-GAM |

## ORDER

**THIS MATTER** having been brought before the Court on the motion of Defendant, Pro Source Lending Group LLC, d/b/a Fast Fund Group, d/b/a Fast Funds Group, for an Order staying these proceedings (the "Motion"), and this Court having considered the Motion and any opposition thereto, and for good cause having been shown:

**IT IS** on this ____ day of _____, 2025, **ORDERED** that:

1. The Motion is **GRANTED**; and

2. The above-referenced case is hereby **STAYED** pending the U.S. Supreme Court's adjudication of *McLaughlin Chiropractic Assocs., Inc. v. McKesson Corp.*, which is pending at Case No. 23-1226 ("*McLaughlin*"); and

3. The parties shall notify this Court of the final outcome of *McLaughlin* within fourteen (14) days of the U.S. Supreme Court's decision. An order re-opening this case will be entered thereafter.

_____
The Honorable Gerald A. McHugh, U.S.D.J.