IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JAMES E. SHELTON,** individually and on behalf of all others similarly situated, *Plaintiff*, v. **PRO SOURCE LENDING GROUP LLC, D/B/A FAST FUND GROUP, D/B/A FAST FUNDS GROUP** **AND** **BRITTNEY WILSON** *Defendants.* | Case No. 24-4394 **CLASS ACTION** **JURY TRIAL DEMANDED** |

**[PROPOSED ORDER] DENYING
PRO SOURCE LENDING GROUP'S MOTION TO STAY**

AND NOW, this _____ day of _____, 2025, it is hereby ORDERED that the Defendant Pro Source Lending Group's Motion to Stay (ECF No. 31) is hereby DENIED.

*BY THE COURT:*

_____
Hon. Gerald A. McHugh, J.

1