IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JAMES E. SHELTON,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**PRO SOURCE LENDING GROUP LLC, D/B/A FAST FUND GROUP, D/B/A FAST FUNDS GROUP**<br><br>**AND**<br><br>**BRITTNEY WILSON**<br><br>*Defendants.* | Case No.<br>24-4394<br><br>**CLASS ACTION**<br><br>**JURY TRIAL DEMANDED** |

### JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff James E. Shelton ("Plaintiff"), Defendant Pro Source Lending Group LLC d/b/a Fast Fund Group d/b/a Fast Funds Group. ("Pro Source"), Defendant Brittney Wilson ("Wilson," and together with Plaintiff and Pro Source, the "Parties"), by and through their undersigned counsel, stipulate and agree to the dismissal of all claims against all Defendants in above-captioned action in their entirety without prejudice. Parties shall all pay their own costs and fees associated with this action.

Dated this 11th day of July, 2025.

| | |
|---|---|
| */s/ Andrew Roman Perrong*<br>Andrew Roman Perrong, Esq.<br>**PERRONG LAW LLC**<br>2657 Mt. Carmel Ave<br>Glenside, PA 19038<br>Email: a@perronglaw.com<br>*Attorney for Plaintiff* | */s/Jeffrey N. Rosenthal*<br>**BLANK ROME LLP**<br>Jeffrey N. Rosenthal<br>Thomas P. Cialino<br>One Logan Sq., 130 N. 18th Street<br>Philadelphia, PA 19103<br>Tel.: (215) 569-5553<br>Fax: (215) 832-5553<br>jeffrey.rosenthal@blankrome.com<br>thomas.cialino@blankrome.com |

1

*Attorneys for Defendant Pro Source Lending Group LLC, d/b/a Fast Fund Group, d/b/a Fast Funds Group*

<u>*/s/ Joseph R. Heffern*</u>
Joseph R. Heffern (joe@rogerscounsel.com)
Lance Rogers (lance@rogerscounsel.com)
**ROGERS COUNSEL**
26 E Athens Ave
Ardmore, PA 19003
(610) 285-8238
(877) 649-1880 (fax)

*Attorneys for Defendant Brittany Wilson*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 11, 2025, I electronically filed the foregoing **JOINT STIPULATION OF DISMISSAL** using the Court's CM/ECF system, which will automatically send e-mail notification to all attorneys of record.

Andrew Roman Perrong, Esq.
**PERRONG LAW LLC**
2657 Mt. Carmel Ave
Glenside, PA 19038
Email: a@perronglaw.com
*Attorney for Plaintiff*